IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                                        PLAINTIFF

v.                                       No. 1:15-cv-116-DPM

JIMMY BANKS, Warden,
Grimes Unit, ADC, *et al.*                                                              DEFENDANTS

### ORDER

Murphy hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because Murphy is a three-striker. Before filing this lawsuit, she had at least three cases dismissed for failing to state a claim. *E.g.*, *Murphy v. Fisk, et al.*, 1:15-cv-50-BSM; *Murphy v. Culclager, et al.*, 1:15-cv-27-BSM; *Murphy v. Robinson, et al.*, 1:15-cv-47-JM. Nothing in Murphy's new complaint suggests she's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Her complaint will therefore be dismissed without prejudice.

If Murphy wants to pursue this case, then she must pay $400 (the filing and administrative fees) and file a motion to reopen the case by 4 December 2015. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2015