IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                              PLAINTIFF

v.                          No. 1:15-cv-116-DPM

JIMMY BANKS, Warden,
Grimes Unit, ADC, *et al.*                                             DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 November 2015